UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-mj-8127-RMM

UNITED STATES

v.

WILBER ANTONIO CONTRERAS-ORELLANA,

Defendant.

_____/



## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek M. Maynard)?   No.

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)?   No.

3. Did this matter involve the participation of or consultation with now Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023?   No.

4. Did this matter involve the participation of or consultation with now Magistrate Judge Marta Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024?   No.

Respectfully submitted,

HAYDEN P. O'BYRNE
UNITED STATES ATTORNEY

By:   /s/ Jonathan Bailyn
      Jonathan Bailyn
      Jonathan R. Bailyn, AUSA
      Court ID No. A5502602
      500 South Australian Ave, 4th Floor
      West Palm Beach, Florida 33401
      Phone: (561) 209-1050
      jonathan.bailyn@usdoj.gov

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No. 25-mj-8127-RMM |
| WILBER ANTONIO CONTRERAS-ORELLANA, | ) |
| | ) |
| | ) |
| *Defendant(s)* | |

FILED BY ___SP___ D.C.
Mar 10, 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **February 26, 2025** in the county of **Martin** in the **Southern** District of **Florida**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | Illegally Re-Entering the United States After Prior Deportation |

This criminal complaint is based on these facts:

See attached affidavit.

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Andy Korzen, ICE DO
*Printed name and title*

Attested to by the Applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by **Face Time**.

Date: 3/10/25

_____
*Judge's signature*

City and state: West Palm Beach, Florida    Ryon M. McCabe, United States Magistrate Judge
*Printed name and title*

# AFFIDAVIT
# OF
# ANDY KORZEN
## UNITED STATES DEPARTMENT OF HOMELAND SECURITY
## IMMIGRATION AND CUSTOMS ENFORCEMENT

I, Andy Korzen, being duly sworn, depose and state as follows:

1. I am a Deportation Officer with the Immigration and Customs Enforcement (ICE) and have been so employed for over twenty-one years. I am currently assigned to the ICE Enforcement and Removal Operations, West Palm Beach, Florida. My duties and responsibilities include enforcing criminal and administrative immigration laws of the United States. I have also conducted and participated in investigations of this nature.

2. This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause to believe that Wilber Antonio CONTRERAS-ORELLANA committed the offense of illegal re-entry after removal, in violation of Title 8, United States Code, Section 1326(a).

3. On or about November 24, 2022, Wilber Antonio CONTRERAS-ORELLANA was arrested in Palm Beach County, Florida on charge of battery. He was booked and detained at the Palm Beach County Jail. On or about November 25, 2022, Wilber Antonio CONTRERAS-ORELLANA was released from custody after bond was posted, prior to ICE placing immigration detainer.

4. On or about February 26, 2025, Wilber Antonio CONTRERAS-ORELLANA was arrested in Martin County, Florida on charges of driving while license

suspended, driving with expired driver's license, possession of marijuana, and outstanding warrant for failure to appear in unrelated case related to driving without driver's license.

5. A review of the immigration records shows that Wilber Antonio CONTRERAS-ORELLANA is a native and citizen of El Salvador. Records further shows that on or about January 16, 2018, Wilber Antonio CONTRERAS-ORELLANA was ordered removed. The Order of Removal was executed on or about February 6, 2020, whereby Wilber Antonio CONTRERAS-ORELLANA was removed from the United States and returned to El Salvador.

6. Thereafter, Wilber Antonio CONTRERAS-ORELLANA re-entered the United States illegally and was expelled from the United States and returned to Mexico under provision of Title 42, United States Code, Section 265, on three separate occasions, on or about following dates: November 19, 2020, November 27, 2020, and December 10, 2020.

7. Wilber Antonio CONTRERAS-ORELLANA's fingerprints taken in connection with his November 24, 2022, arrest in Palm Beach County were scanned into the IAFIS system. Results confirmed that scanned fingerprints belong to the individual who was previously removed from the United States, that is Wilber Antonio CONTRERAS-ORELLANA.

8. A record check was performed in the Computer Linked Application Informational Management System to determine if Wilber Antonio CONTRERAS-ORELLANA filed an application for permission to reapply for admission into the United States after deportation or removal. After a search was performed in that database system,

no record was found to exist indicating that Wilber Antonio CONTRERAS-ORELLANA obtained consent from the Attorney General of the United States or from the Secretary of Homeland Security, for re-admission into the United States as required by law.

9. Based on the foregoing, I submit that probable cause exists to believe that, on or about November 24, 2022, Wilber Antonio CONTRERAS-ORELLANA, an alien who has previously been deported and removed from the United States, was found in the United States without having received the express consent from the Attorney General or the Secretary of the Department of Homeland Security for re-admission into the United States, in violation of Title 8, United States Code, Section 1326(a).

_____
Andy Korzen
Deportation Officer
Immigration and Customs Enforcement

Sworn and Attested to me by Applicant by Telephone (Facetime) pursuant to Fed. R. Crim. P. 4(d) and 4.1 this __10__ day of March 2025.

_____
RYON M. McCABE
UNITED STATES MAGISTRATE JUDGE

3