**UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION**

**CASE NO. 25-80040-CR-CANNON**

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**WILBER ANTONIO
CONTRERAS-ORELLANA**,

    Defendant.

_____/

**ORDER ACCEPTING REPORT AND RECOMMENDATION**

**THIS CAUSE** comes before the Court upon the Report and Recommendation issued by Magistrate Judge Ryon M. McCabe following Change of Plea Hearing [ECF No. 24].  On May 12, 2025, Magistrate Judge McCabe held a Change of Plea hearing [ECF No. 22] during which Defendant pled guilty to Count 1 of the Indictment [ECF No. 5] pursuant to a stipulated factual basis [ECF No. 23].  Magistrate Judge McCabe thereafter issued a Report recommending that the Court accept Defendant's guilty plea to Count 1, that the Court find Defendant to have freely and voluntarily entered his guilty plea, and that the Court adjudicate him guilty of the offense [ECF No. 5].  No objections to the Report have been filed, and the time to do so has expired.

The Court has conducted a review of the record and finds no error in the Report.  Therefore, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 24] is **ACCEPTED**.

2. The guilty plea entered into by Defendant **Wilber Antonio Contreras-Orellana** as to Count 1 of the Indictment is **ACCEPTED**.

3. Defendant **Wilber Antonio Contreras-Orellana** is adjudicated guilty of Count 1 of

CASE NO. 25-80040-CR-CANNON

the Indictment, which charges Defendant with illegal reentry after removal, in violation of 8 U.S.C. § 1326(a) [ECF No. 5].

**ORDERED** in Chambers at Fort Pierce, Florida, this 12th day of June 2025.

**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record